UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN THE MATTER OF THE ISSUANCE
OF A CRIMINAL COMPLAINT FOR        CASE NO. 5:25-mj- 1118-PRL
MICHAEL STEPHEN WILCOX

## IN CAMERA

## MOTION TO SEAL COMPLAINT
## AND RELATED DOCUMENTS

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully moves this Court to seal the (1) Affidavit for Complaint, (2) Complaint, (3) Arrest Warrant, (4) this Motion to Seal, and (5) any other documents filed in this case that would identify the defendant.

Disclosure of the contents of the affidavit may cause the subject to flee, destroy evidence, disclose facts which jeopardize an ongoing criminal investigation, and cause witnesses named in the affidavit to be subject to possible harassment or retaliation from individuals subject of the investigation or with an interest therein.

The United States further requests that the Court's Order direct the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order direct the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service, Drug Enforcement Administration, or other appropriate law enforcement agency to share the Complaint and arrest warrant with international authorities, including Interpol, and to enter the arrest warrant into any appropriate international law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Complaint in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when the defendant is taken into custody.

WHEREFORE, the United States respectfully moves the Court to seal (1) Affidavit for Complaint, (2) Complaint, (3) Arrest Warrant, (4) this Motion to Seal, and (5) any other documents filed in this case that would identify the defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _____
Tyrie K. Boyer
Assistant United States Attorney
Florida Bar No.: 0124940
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: tyrie.boyer@usdoj.gov