UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN THE MATTER OF THE ISSUANCE
OF A CRIMINAL COMPLAINT FOR          CASE NO. 5:25-mj-1118-PRL
MICHAEL STEPHEN WILCOX

### IN CAMERA ORDER

The Motion to Seal Complaint and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal (1) Affidavit for Complaint, (2) Complaint, (3) Arrest Warrant, (4) this Motion to Seal, and (5) any other documents filed in this case that would identify the defendant;

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court;

It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court;

It is further ordered that the United States Marshals Service, Drug Enforcement Administration, or other appropriate law enforcement agency may share the Complaint and arrest warrant with international authorities, including Interpol, and enter the arrest warrant into any appropriate international law enforcement database,

without further order of the Court;

It is further ordered that the United States may disclose the existence of the Complaint in any search and seizure warrants to be executed in conjunction with the arrest of the defendant;

The Clerk is further ordered to unseal all documents relating to the Complaint without any further Order of the Court when the defendant is taken into custody.

DONE AND ORDERED at OCALA, Florida this ___13th___ day of June 2025.

PHILIP R. LAMMENS
United States Magistrate Judge