AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL STEPHEN WILCOX<br><br>*Defendant* | )<br>)<br>) Case No. 5:25-mj-1118-PRL<br>)<br>) **SEALED**<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL STEPHEN WILCOX,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Transmission of interstate threat to injure, in violation of: 18 U.S.C. § 875(c)

Date: June 13, 2025

*Issuing officer's signature*

City and state:   Ocala, FL

Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-13-25, and the person was arrested on *(date)* 6-13-25
at *(city and state)*   Dunnellon, Florida.

Date: 6-16-25

*Arresting officer's signature*

Jose Meneses / FBI
*Printed name and title*