# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                                                               5:25-mj-1118-PRL

MICHAEL STEPHEN WILCOX,
    Defendant.

AUSA: Tyrie Boyer (for Kara Wick)
Deft. Atty.: Bryant Scriven

| JUDGE | Philip R. Lammens | DATE AND TIME | June 27, 2025<br>10:02 am – 10:40 am<br>38 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Not Present |

## CLERK'S MINUTES – PRELIMINARY HEARING

Defense confirms that they still seek a preliminary hearing.

Government's Witness: Agent Erin Tormey (10:04 am – 10:15 am)
Cross exam (10:15 am – 10:21 am)
Redirect (10:21 am – 10:22 am)

Government Exhibits: 1, 2

Government proffers. (10:24 am – 10:26 am)

Defendant responds. (10:26 am – 10:35 am)

The court finds that there is probable cause to believe that the defendant committed the offense charged in the criminal complaint.

**ORDER TO ENTER**.