UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,　　　　Case No. 5:25-mj-1118-PRL

　　Plaintiff,　　☐
　　Government　☒
　　　　　　　　　　　　　　　　　　☐ Evidentiary
　　　　　　　　　　　　　　　　　　☐ Trial
　　　　　　　　　　　　　　　　　　☒ Probable Cause Hearing
v.

MICHAEL STEPHEN WILCOX
　　Defendant　　☐

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 06/27/25 | 06/27/25 | AGENT ERIN TORMEY | First Screenshot of Threat |
| 2 | 06/27/25 | 06/27/25 | AGENT ERIN TORMEY | Second Screenshot of Threat |
| 3 | ✓ | ✓ | AGENT ERIN TORMEY | Criminal Complaint |