# U.S. District Court
# Middle District of Florida
# Ocala Division

# GOVERNMENT EXHIBIT

**Exhibit No.:** _____1_____

Case No.: 5:25-mj-1118-PRL

UNITED STATES OF AMERICA

vs.

MICHAEL STEPHEN WILCOX

Date Identified: 06/27/25
Date Admitted: 06/27/25

👍❤️ 305   37 comments

**Blue Hunter**
Please make sure security is upped... it looks like someone in the comments here is plotting to do something..

3d   Like   Reply   1 ❤️

**Rachel Kuck**
I have never been more upset not to have a vehicle in my entire life, xyxittsujtfu OMFG

5d   Like   Reply

**SnakeWhip WhipMike**



CAN'T EXPECT GOD TO DO ALL THE WORK

17h   Like   Reply

**SnakeWhip WhipMike**

11:40   46%