U.S. District Court
**Middle District of Florida**
**Ocala Division**

# GOVERNMENT EXHIBIT

Exhibit No.: _____2_____

Case No.: 5:25-mj-1118-PRL

UNITED STATES OF AMERICA

vs.

MICHAEL STEPHEN WILCOX

Date Identified: 06/27/25
Date Admitted: 06/27/25

 **Goblin Market**
Sponsored

 **Blue Hunter**
Please make sure secu[rity]
like someone in the co[mments]
plotting to do somethi[ng]

2d  Like  Reply

*with goblin market this weekend, i did just want to give people a heads up that people on facebook have been making threats towards the event*

 **SnakeWhip WhipMike**



52m  Like  Reply

 **SnakeWhip WhipMike**



52m  Like  Reply

  Write a comment...