IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                     5:25-mj-1118-PRL

MICHAEL STEPHEN WILCOX,
    Defendant.
_____

**ORDER ON PRELIMINARY HEARING**

    This matter came before the court on June 27, 2025, for a preliminary hearing pursuant to 5.1(e) of the Federal Rules of Criminal Procedure. The government presented the testimony of Agent Erin Tormey with the Federal Bureau of Investigation. The Defendant cross-examined Agent Tormey, but did not present any further evidence.

    After hearing the testimony of Agent Tormey, and for the reasons discussed on the record at the hearing, which are fully incorporated herein, the Court finds probable cause to believe that the defendant committed the offense of transmission of interstate threat to injure as charged.

    **DONE AND ORDERED** in Ocala, Florida, on June 27, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

Counsel of Record